# Test Document

# ONE